UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY MEDICAL PRODUCT SOLUTIONS, LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>SEROCLINIX CORPORATION,<br><br>                    Defendant. | Case No. 22-cv-0785-BAS-BLM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF No. 17)** |

      Pending before the Court is Plaintiff's motion for leave to file a First Amended Complaint. (ECF No. 17.) Through the amendment, Plaintiff seeks to add two additional corporations, Seroclinix Corporation and Seroclinix Labs, Inc., both incorporated in the State of Delaware, and Howard Lee as defendants to the suit. (*Id.*) Additionally, Plaintiff seeks to allege Howard Lee operated the two Delaware corporations and Defendant, a Canadian corporation, as a single business enterprise. (*Id.*)

      Plaintiff filed this action against Seroclinix Corporation for breach of contract on May 31, 2022. (ECF No. 1.) On August 12, 2023, Plaintiff filed a declaration representing that through research it determined that Howard Lee, who signed the contract with Plaintiff, had formed and operated two corporations with the name "Seroclinix Corporation": one incorporated in the State of Delaware and one incorporated in the Province of Ontario,

Canada. (ECF No. 13.) Plaintiff had previously named in its complaint the Seroclinix Corporation incorporated in the Province of Ontario. (ECF No. 1.) The previously named Defendant Seroclinix Corporation, incorporated in Ontario, has not appeared before the Court.

"In general, a court should liberally allow a party to amend its pleading." *Sonoma Cty. Ass'n of Retired Emps. v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001). "Courts may decline to grant leave to amend only if there is strong evidence of 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment, etc.'" *Sonoma Cty.*, 708 F.3d at 1117 (alteration in original) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

Here, in light of (i) the broad policy favoring amendments to pleadings and (ii) the fact that Defendant has not appeared before the Court, the Court **GRANTS** Plaintiff's motion for leave to file a First Amended Complaint. **On or before September 15, 2023**, Plaintiff shall file the proposed pleading attached to its motion as Exhibit A as its First Amended Complaint.

**IT IS SO ORDERED.**

**DATED: September 8, 2023**

Hon. Cynthia Bashant
United States District Judge