# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY MEDICAL PRODUCT SOLUTION, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SEROCLINIX CORPORATION, *et al.*,<br><br>                Defendants. | Case No. 22-cv-0785-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT AND WITHDRAW MOTION TO DISMISS (ECF No. 24)** |

      Plaintiff filed this action against Defendants on May 31, 2022. (Compl., ECF No. 1.) On March 20, 2023, the Court entered default as to Defendant Seroclinix Corporation, a foreign corporation. (ECF No. 8.) On October 18, 2023, Defendants filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 23.) The parties now jointly move to set aside the entry of default as to Defendant Seroclinix Corporation, a foreign corporation and to withdraw Defendants' Motion to Dismiss. (ECF No. 24.)

      Because the parties have stipulated that this Court has personal and subject matter jurisdiction and that venue is proper, the parties' motion is **GRANTED**. The Clerk of Court is directed to remove the entry of default as to Defendant Seroclinix Corporation, a foreign corporation (ECF No. 8) and withdraw Defendants' Motion to Dismiss (ECF No. 23.)

IT IS SO ORDERED.

DATED: December 14, 2023

Hon. Cynthia Bashant
United States District Judge