

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY MEDICAL PRODUCT SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SEROCLINIX CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 22-cv-00785-BAS-BLM<br><br>**ORDER GRANTING PARTIES' JOINT MOTION (ECF No. 56)** |

  This case arises from a contractual dispute between Plaintiff Integrity Medical Product Solutions, LLC ("Integrity") and Defendants Seroclinix Corporation, a Canadian corporation ("Seroclinix Canada"), and Seroclinix Corporation, a Delaware corporation ("Seroclinix Delaware"). Before the Court are the parties' Joint Motion to (1) withdraw Seroclinix Delaware's Motion for Judgment on the Pleadings (ECF No. 42); (2) allow Plaintiff to file a Fourth Amended Complaint; (3) allow Defendants to file a Third-Party Complaint; and (4) extend the time for Defendants to file an Answer to the Fourth Amended Complaint. (ECF No. 56.)

  "In general, a court should liberally allow a party to amend its pleading." *Sonoma Cty. Ass'n of Retired Emps. v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708,

712 (9th Cir. 2001) ("A district court shall grant leave to amend freely when justice so requires.'"). Further, a party may amend its pleading without a court order where the opposing party consents in writing. Fed. R. Civ. P. 15(a)(2).

Here, in light of the broad policy favoring amendments to pleadings and the parties' Joint Motion, which reflects Defendants' consent, the Court **GRANTS** the Joint Motion. Consequently, the pending Motion for Judgment on the Pleadings (ECF No. 42) is **TERMINATED** as moot. The Court further **ORDERS** as follows:

1. Plaintiff Integrity shall file its Fourth Amended Complaint no later than **Thursday, January 30, 2025**.
2. Defendants shall file an Answer to Plaintiff's Fourth Amended Complaint no later than **Thursday, February 6, 2025**.
3. Defendants shall file their Third-Party Complaint no later than **Thursday, January 30, 2025**.

IT IS SO ORDERED.

DATED: January 23, 2025

Hon. Cynthia Bashant
United States District Judge