UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY MEDICAL PRODUCT SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SEROCLINIX CORPORATION, *et al.*,<br><br>Defendants. | Case No. 22-cv-0785-BAS-BLM<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO AMEND THIRD-PARTY COMPLAINT (ECF No. 82); AND**<br><br>**(2) TERMINATING AS MOOT MOTION TO DISMISS THIRD-PARTY COMPLAINT (ECF No. 74)** |
| SEROCLINIX CORPORATION, *et al.*,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>HONU MANAGEMENT GROUP, LLC,<br><br>Third-Party Defendant. | |

Seroclinix Delaware and Seroclinix Canada filed a Third-Party Complaint against Honu Management Group, LLC. (ECF No. 66.) Honu Management moved to dismiss the Third-Party Complaint on several grounds. (ECF No. 74.)

More recently, these parties filed a Joint Motion to Amend the Third-Party Complaint. (ECF No. 82.) Under Rule 15, a party may amend its pleading with the other

party's written consent. Fed. R. Civ. P. 15(a)(2). Consequently, the Court **GRANTS** the Joint Motion. (ECF No. 82.) Third-Party Plaintiffs shall file their First Amended Third-Party Complaint no later than **July 18, 2025**. Honu Management shall respond to the amended pleading no later than **August 1, 2025**.

Further, in light of the amended pleading, the Court **TERMINATES AS MOOT** Honu's Motion to Dismiss the Third-Party Complaint. (ECF No. 74.) *See Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc) ("The general rule is that an amended complaint [overrides] the original complaint and renders it without legal effect." (citation modified)).

**IT IS SO ORDERED.**

**DATED: July 16, 2025**

*[signature]*
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**