1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY MEDICAL PRODUCT SOLUTIONS, LLC,<br><br>                                    Plaintiff,<br><br>     v.<br><br>SEROCLINIX CORPORATION, a Canadian Corporation; SEROCLINIX CORPORATION, a Delaware Corporation,<br><br>                                    Defendants. | Case No. 22-cv-00785-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION AGAINST THIRD-PARTY DEFENDANT WITH PREJUDICE (ECF No. 99)** |
| SEROCLINIX CORPORATION, a Canadian Corporation; SEROCLINIX CORPORATION, a Delaware Corporation,<br><br>                      Third-Party Plaintiffs,<br><br>     v.<br><br>HONU MANAGEMENT GROUP, LLC,,<br><br>                      Third-Party Defendant. | |

- 1 -

22cv785

1    Pending before the Court is Parties' joint motion pursuant to Federal Rule of Civil

2  Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action.  (ECF No. 99.)

3    Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action

4  by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or

5  moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties

6  who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111

7  F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a notice or

8  stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v.*

9  *Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  A

10  dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P.

11  41(a)(1)(B).  However, the local civil rules of this district require that where, as here,

12  litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule

13  41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.  *See* CivLR 7.2.

14    Here, Parties have reached a settlement of disputes underlying the Second Amended

15  Third-Party Complaint (ECF No. 98).  (ECF No. 99.)  Having considered the parties'

16  submission, the Court **GRANTS** the joint motion.  (*Id*.)  Thus, the Court **DISMISSES**

17  **WITH PREJUDICE** the action against Third-Party Defendant Honu Management Group,

18  LLC.  Each party shall bear its own costs and attorney's fees.  The Court also **DIRECTS**

19  the Clerk of Court to close the case.

20    **IT IS SO ORDERED.**

21

22  **DATED: November 19, 2025**

23  **Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

24

25

26

27

28