# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY MEDICAL PRODUCT SOLUTIONS, LLC, a Wyoming Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Defendants SEROCLINIX CORPORATION, a Canadian Corporation; SEROCLINIX CORPORATION, a Delaware Corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00785-BAS-BLM<br><br>JOINT MOTION RE:<br><br>1. JURISDICTION;<br>2. JUDGMENT AGAINST SEROCLINIX CORPORATON, A DELAWARE CORPORATION;<br>3. WAIVER OF FEES AND COSTS; AND<br>5. CONTINUING JURISDICTION OF THE COURT<br><br>**NO APPEARANCES REQUIRED**<br><br>Dist. Judge:  Hon. Cynthia A. Bashant<br>Mag. Judge: Hon. Barbara L. Major<br>Pretrial Conference: March 20, 2026 |

Pursuant to Civil Local Rules 7.2 and 12.1, Plaintiff Integrity Medical Product Solutions, LLC, Defendant Seroclinix Corporation, a Delaware corporation, and Defendant Seroclinix Corporation, a Canadian corporation, (hereinafter collectively the "Parties"), submit the following Joint Motion and stipulate as follows:

WHEREAS, the Second Amended Third-Party Complaint of Defendant Seroclinix Corporation, a Delaware corporation, has been dismissed with prejudice [ECF Doct 100]; and

WHEREAS the remaining operative Complaint in this action is the Fourth Amended Complaint of Integrity Medical Product Solutions, LLC, against Defendants Seroclinix Corporation, a Delaware corporation, Seroclinix Corporation, a Canadian corporation, and DOES 1-10 [ECF Doct. 65]; and,

WHEREAS, the parties hereto have reached a voluntary settlement with respect to the claims set forth in the Fourth Amended Complaint,

**NOW, THEREFORE**, in light of the above recitals the parties hereby stipulate, agree, and jointly move this Court for the following orders:

1.   This Court has jurisdiction over the subject matter of this action and personal jurisdiction as to each of the parties consenting hereto.  The Fourth

Amended Complaint states a claim upon which relief may be granted against defendant Seroclinix Corporation, a Delaware corporation.

2. Judgment is entered in favor of the plaintiff, Integrity Medical Product Solutions, LLC, and against the defendant Seroclinix Corporation, a Delaware corporation, in the amount of Two Million Three Hundred Thirty-Five Thousand, Four Hundred Twenty-Eight dollars and 82 cents ($2,335,428.82). Commencing immediately after the date of entry of this Final Judgment, interest shall accrue at the rate of 10% per annum, non-compounding as stipulated by Integrity Medical Product Solutions, LLC, and Seroclinix Corporation, a Delaware corporation.

3. Each party to bear its own attorney's fees and costs.

///

///

///

///

///

///

///

4. The Court retains jurisdiction over this action for the purpose of enforcing the terms of this judgment and the underlying settlement agreement.

**IT IS SO STIPULATED**:

Dated:     December 31, 2025          LAW OFFICES OF CARY RICHARD BOND, APC

     */s/ Cary R. Bond*
Cary Richard Bond, Esq.
Attorneys for Plaintiff INTEGRITY MEDICAL PRODUCT SOLUTIONS LLC


Dated:     December 31, 2025          LAW OFFICES OF SCOTT FERELL

    */s/ Scott Ferrell*
Scott Ferrell, Esq., Counsel for Defendant Seroclinix Corporation, a Delaware Corporation, and Seroclinix Corporation, a Canadian Corporation

## CERTIFICATION

Pursuant to Local Rules of the United States District Court for the Southern District of California and Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the contents of the document is acceptable to each of the above parties and their counsel and that

4

**JOINT MOTION RE: JUDGMENT**
Case No. 3:22-cv-0785-BAS-BLM

each signatory above has authorized me to submit the document with their electronic signature.

Dated: December 31, 2025     LAW OFFICES OF CARY RICHARD BOND, APC

　　　　　　　　　　　　　　　　　　 /s/ *Cary R. Bond*
　　　　　　　　　　　　　　　　Cary Richard Bond, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiff INTEGRITY MEDICAL PRODUCT SOLUTIONS LLC